Name & Address:
WILLIAM DAVIS HARN, State Bar No. 165020
OFFICE OF THE GENERAL COUNSEL
City National Bank
555 So. Flower St., 18th Floor
Los Angeles, CA 90071
(213) 673-9516

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VALERIE LEWIS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 12-04269-GHK (AJWx) |
| v. | |
| CITY NATIONAL BANK, et al., | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, William Davis Harn , 165020 , William.Harn@cnb.com
   Name           CA Bar ID Number            E-mail Address

[ X ] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)

City National Bank, a national banking association; City National Corporation; and

City National Asset Management, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [ X ] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

### SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

[ X ]  TO UPDATE NAME OR FIRM INFORMATION:

    [ X ]  I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to William Davis Harn

New Firm/Government Agency Name Office of the General Counsel, City National Bank

New Address 555 S. Flower St., 18th Floor, Los Angeles, CA 90071

New Telephone Number (213) 673-9516          New Facsimile Number (213) 673-9503

New E-mail address William.Harn@cnb.com

[ X ]  TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    [ ]  I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    [ X ]  This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name <u>William Davis Harn</u>         CA State Bar Number <u>165020</u>

Firm/Government Agency Name <u>Office of the General Counsel, City National Bank</u>

Address: <u>555 S. Flower St., 18th Floor, Los Angeles, CA 90071</u>

Telephone Number <u>(213) 673-9516</u>        Facsimile Number <u>(213) 673-9503</u>

New E-mail address <u>William.Harn@cnb.com</u>

☐ TO BE REMOVED FROM THE CASE:**

    ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on:_____.

    ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\* This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: <u>June 13, 2012</u>

<u>/s/ William Harn</u>
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**