1  WILLIAM DAVIS HARN, State Bar No. 165020
   OFFICE OF THE GENERAL COUNSEL
2  CITY NATIONAL BANK
   555 SO. FLOWER ST., 18TH FLOOR
3  LOS ANGELES, CA 90071
   TELEPHONE: (213) 673-9516
4  FACSIMILE:  (213) 673-9503
   Attorneys for Defendants
5  CITY NATIONAL BANK, a national banking
   association, CITY NATIONAL CORPORATION,
6  CITY NATIONAL ASSET MANAGEMENT, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  VALERIE LEWIS, | CASE NO. CV 12-04269-GHK (AJWx) |
| 12          Plaintiff, | Judge: Hon. George H. King |
| 13      vs. | STIPULATION RE VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CNI CHARTER FUNDS, CITY NATIONAL ASSET MANAGEMENT, INC., AND CITY NATIONAL CORPORATION |
| 14  CITY NATIONAL CORPORATION; CITY NATIONAL BANK; CITY NATIONAL ASSET MANAGEMENT, INC.; CNI CHARTER FUNDS, | |
| 17          Defendants. | |

21  TO THE COURT:

22      By and through their respective undersigned counsel, Plaintiff Valerie Lewis and

23  Defendants CNI Charter Funds ("CNI"), City National Bank ("CNB"), a national banking

24  association, City National Corporation ("CNC"), and City National Asset Management, Inc.

25  ("CNAM"), (collectively "Defendants") stipulate as follows:

26      **WHEREAS,** Defendant City National Bank contends it was Plaintiff's lawful employer

27  during the relevant time periods alleged in the Complaint and as such was solely responsible for

28  any alleged acts or omissions with respect to such employment during that time period;

WHEREAS, the parties desire to simplify and streamline this case for litigation purposes;

WHEREAS, Defendant CNI Charter Funds contends it was not Plaintiff's employer or an entity otherwise covered by the alleged statutory claims for relief; and

WHEREAS, Plaintiff is willing to dismiss certain defendants, without prejudice, provided that Plaintiff suffers no prejudice thereby.

NOW, THEREFORE, the parties agree as follows:

1. Plaintiff agrees to dismiss, without prejudice, defendants City National Corporation ("CNC"), City National Asset Management, Inc. ("CNAM"), and CNI Charter Funds (collectively, the "Non-CNB Defendants") subject to the following terms and conditions.

2. Plaintiff and the Non-CNB Defendants shall each bear their own costs and attorney fees related to this stipulation and dismissal.

3. Defendant CNB acknowledges and agrees that it, and not any of the Non-CNB Defendants, was Plaintiff's lawful employer during the relevant periods and with respect to the conduct relating to Plaintiff's employment alleged in the Complaint. Defendant CNB agrees that it, or its employees or agents, and not the non-CNB Defendants, was the decision maker with regard to Plaintiff's employment with CNB and the termination thereof in or about May 2011.

4. Without waiver of its ability to seek indemnity from any non-CNB Defendant, Defendant CNB agrees to be responsible for the payment of damages, if any, proven to have been suffered by Plaintiff as a result of any unlawful act or omission and awarded by the court, an arbitrator, or a jury with respect to the claims presently asserted in Plaintiff's Complaint. Damages, if proven, with respect to and awarded on the claims raised in the Complaint, can include economic, non-economic and exemplary damages.

5. It is the intent of the parties that Plaintiff not be prejudiced by the dismissal of the non-CNB Defendants. Accordingly, CNB will not argue or contend in this litigation that any particular verdict, decision or result favorable to CNB should be reached based on Plaintiff's dismissal of the non-CNB Defendants.

6. All statute(s) of limitations as to non-CNB Defendants are tolled with respect to the claims alleged in the Complaint.

7. If, for any reason, Plaintiff considers it appropriate to re-name any one or all of the non-CNB Defendants as defendants in this matter, the case will proceed as if such defendant(s) had not been dismissed.

Dated: ~~July~~ Aug 15, 2012

By: _____
ANDREW MORRISON
Attorney for Plaintiff
VALERIE LEWIS

Dated: ~~July~~ August 14, 2012

OFFICE OF THE GENERAL COUNSEL

By: _____
WILLIAM DAVIS HARN
Attorneys for Defendants
CITY NATIONAL BANK, a national banking association; CITY NATIONAL CORPORATION; CITY NATIONAL ASSET MANAGEMENT, INC.

Dated: ~~July~~ August 14, 2012

By: _____
JACQUELINE COOKERLY AGUILERA
Attorney for Defendant
CNI Charter Funds